UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
| | |
|---|---|
| REYNA ROJAS and EDUARDO ROJAS, on behalf of themselves and on behalf on their minor children, CARLOS ROJAS and DULCE ROJAS, and LONG ISLAND HOUSING SERVICES, INC.<br><br>    -against-<br><br>VICTORIA THEOBALD, JASON THEOBALD, and GREGORY SCHKODA | ORDER RESCHEDULING JURY TRIAL<br><br>CV-02-03623 (DRH) |

------------------------------------------------------X

       IT IS HEREBY ORDERED that jury selection and trial is scheduled for **Monday, September 25, 2006 at 9:30 AM. before Hon. Denis R. Hurley, U.S.D.J.** in **Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722.**

       Requests to charge and any trial memoranda are to be filed with the Court by Monday, September 18, 2006. In Limine motions are to be filed fully briefed with the Court by Monday, September 11, 2006.


SO ORDERED.


Dated: Central Islip, New York               /s/
      July 6, 2006                       Denis R. Hurley
                                                 United States District Judge