```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                ORDER OF SUSTENANCE
 ET. AL.                                   CV-02-3623 (DRH)

     -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
-------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )   LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
(   )   TRANSPORTATION

        TO THE  (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON OCTOBER 18, 2006

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006                   _____
                                          DENIS R. HURLEY
                                          U.S. DISTRICT JUDGE


_____    DURING TRIAL

  X       DELIBERATING

_____    SEQUESTERED

_____    OTHER
                                          A TRUE COPY ATTEST
                                          DATED: OCTOBER 23, 2006
                                          ROBERT C. HEINEMANN, CLERK
                                          BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                ORDER OF SUSTENANCE
 ET. AL.                                   CV-02-3623 (DRH)

     -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
--------------------------------X

         IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )      LODGING
(X)      SUSTENANCE ORDERED FROM CULINART
( )      TRANSPORTATION

         TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON OCTOBER 18, 2006

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006                    _____
                                           DENIS R. HURLEY
                                           U.S. DISTRICT JUDGE


_____    DURING TRIAL

  X      DELIBERATING

_____    SEQUESTERED

_____    OTHER
                                           A TRUE COPY ATTEST
                                           DATED: OCTOBER 23, 2006
                                           ROBERT C. HEINEMANN, CLERK
                                           BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                    ORDER OF SUSTENANCE
 ET. AL.                                       CV-02-3623 (DRH)

      -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON OCTOBER 18, 2006

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006
                                    _____
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE


_____   **DURING TRIAL**

  X      **DELIBERATING**

_____   **SEQUESTERED**

_____   **OTHER**

**A TRUE COPY ATTEST**
**DATED: OCTOBER 23, 2006**
**ROBERT C. HEINEMANN, CLERK**
**BY: PATRICIA BEST,**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                    ORDER OF SUSTENANCE
 ET. AL.                                       CV-02-3623 (DRH)

     -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )   LODGING
(X)   SUSTENANCE ORDERED FROM CULINART
( )   TRANSPORTATION

TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON OCTOBER 18, 2006

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006
                                            _____
                                            DENIS R. HURLEY
                                            U.S. DISTRICT JUDGE


_____    **DURING TRIAL**

  X       **DELIBERATING**

_____    **SEQUESTERED**

_____    **OTHER**

                                            **A TRUE COPY ATTEST**
                                            **DATED: OCTOBER 23, 2006**
                                            **ROBERT C. HEINEMANN, CLERK**
                                            **BY: PATRICIA BEST,**