```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
REYNA ROJAS, EDUARDO ROJAS,              ORDER OF SUSTENANCE
 ET. AL.                                 CV-02-3623 (DRH)

     -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
-------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(    )      LODGING
( X )      SUSTENANCE ORDERED FROM CULINART
(    )      TRANSPORTATION

TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON OCTOBER 19, 2006

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE

\_\_\_\_\_      **DURING TRIAL**

  X        **DELIBERATING**

\_\_\_\_\_      **SEQUESTERED**

\_\_\_\_\_      **OTHER**

                                          **A TRUE COPY ATTEST**
                                          **DATED: OCTOBER 23, 2006**
                                          **ROBERT C. HEINEMANN, CLERK**
                                          **BY: PATRICIA BEST,**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                    ORDER OF SUSTENANCE
 ET. AL.                                       CV-02-3623 (DRH)

     -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
--------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CULINART
(   )     TRANSPORTATION

          TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON OCTOBER 19, 2006

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006                        _____
                                               DENIS R. HURLEY
                                               U.S. DISTRICT JUDGE


  _____      DURING TRIAL

   X        DELIBERATING

  _____      SEQUESTERED

  _____      OTHER
                                               A TRUE COPY ATTEST
                                               DATED: OCTOBER 23, 2006
                                               ROBERT C. HEINEMANN, CLERK
                                               BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                    ORDER OF SUSTENANCE
 ET. AL.                                       CV-02-3623 (DRH)

        -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
-------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CULINART
(   )     TRANSPORTATION

TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON OCTOBER 19, 2006

DATED: CENTRAL ISLIP, NEW YORK
      OCTOBER 23, 2006
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE

_____     **DURING TRIAL**

 X         **DELIBERATING**

_____     **SEQUESTERED**

_____     **OTHER**

**A TRUE COPY ATTEST**
**DATED: OCTOBER 23, 2006**
**ROBERT C. HEINEMANN, CLERK**
**BY: PATRICIA BEST,**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                    ORDER OF SUSTENANCE
 ET. AL.                                       CV-02-3623 (DRH)

      -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
-------------------------------X

         IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )      LODGING
(X)      SUSTENANCE ORDERED FROM CULINART
( )      TRANSPORTATION

         TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON OCTOBER 19, 2006

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006
                                         _____
                                         DENIS R. HURLEY
                                         U.S. DISTRICT JUDGE


_____     DURING TRIAL

  X        DELIBERATING

_____     SEQUESTERED

_____     OTHER
                                         A TRUE COPY ATTEST
                                         DATED: OCTOBER 23, 2006
                                         ROBERT C. HEINEMANN, CLERK
                                         BY: PATRICIA BEST,
```