**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-------------------------------X**

| | |
|---|---|
| **REYNA ROJAS, EDUARDO ROJAS,** | **ORDER OF SUSTENANCE** |
| **ET. AL.** | **CV-02-3623 (DRH)** |

       **-against-**

**VICTORIA THEOBALD, JASON THEOBALD,**
**AND GREGORY SCHKODA**
**-------------------------------X**

          **IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER**

**(   )      LODGING**
**( X )      SUSTENANCE ORDERED FROM CULINART**
**(   )      TRANSPORTATION**

          **TO THE  (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE**
**ON OCTOBER 23,2006.**

**DATED: CENTRAL ISLIP, NEW YORK**
        **OCTOBER 23, 2006**                    _____

                                        **DENIS R. HURLEY**
                                        **U.S. DISTRICT JUDGE**


**_____      DURING TRIAL**

** X      DELIBERATING**

**_____      SEQUESTERED**

**_____      OTHER**

                                        **A TRUE COPY ATTEST**
                                        **DATED: OCTOBER 23, 2006**
                                        **ROBERT C. HEINEMANN, CLERK**
                                        **BY: PATRICIA BEST,**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
REYNA ROJAS, EDUARDO ROJAS,                    ORDER OF SUSTENANCE
 ET. AL.                                       CV-02-3623 (DRH)

       -against-

VICTORIA THEOBALD, JASON THEOBALD,
AND GREGORY SCHKODA
-------------------------------X

            IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )       LODGING
( X )       SUSTENANCE ORDERED FROM CULINART
(   )       TRANSPORTATION

            TO THE  (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON OCTOBER 23,2006.

DATED: CENTRAL ISLIP, NEW YORK
       OCTOBER 23, 2006          _____
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE


_____      DURING TRIAL

  X          DELIBERATING

_____      SEQUESTERED

_____      OTHER

                                 A TRUE COPY ATTEST
                                 DATED: OCTOBER 23, 2006
                                 ROBERT C. HEINEMANN, CLERK
                                 BY: PATRICIA BEST,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-------------------------------X**
**REYNA ROJAS, EDUARDO ROJAS,**                     **ORDER OF SUSTENANCE**
 **ET. AL.**                                        **CV-02-3623 (DRH)**

         **-against-**

**VICTORIA THEOBALD, JASON THEOBALD,**
**AND GREGORY SCHKODA**
**-------------------------------X**

               **IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER**

**(   )      LODGING**
**( X )      SUSTENANCE ORDERED FROM CULINART**
**(   )      TRANSPORTATION**

               **TO THE  (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE**
**ON OCTOBER 23,2006.**

**DATED: CENTRAL ISLIP, NEW YORK**
       **OCTOBER 23, 2006**                    _____
                                               **DENIS R. HURLEY**
                                               **U.S. DISTRICT JUDGE**


**_____      DURING TRIAL**

**  X         DELIBERATING**

**_____      SEQUESTERED**

**_____      OTHER**

                                               **A TRUE COPY ATTEST**
                                               **DATED: OCTOBER 23, 2006**
                                               **ROBERT C. HEINEMANN, CLERK**
                                               **BY: PATRICIA BEST,**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-------------------------------X**

| | |
|---|---|
| **REYNA ROJAS, EDUARDO ROJAS,** | **ORDER OF SUSTENANCE** |
| **ET. AL.** | **CV-02-3623 (DRH)** |

    **-against-**

**VICTORIA THEOBALD, JASON THEOBALD,**
**AND GREGORY SCHKODA**
**-------------------------------X**

        **IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER**

**(   )      LODGING**
**( X )      SUSTENANCE ORDERED FROM CULINART**
**(   )      TRANSPORTATION**

        **TO THE (9) JURORS EMPANELED IN THE ABOVE ENTITLED CASE**
**ON OCTOBER 23,2006.**

**DATED: CENTRAL ISLIP, NEW YORK**
      **OCTOBER 23, 2006**
                                **_____**
                                   **DENIS R. HURLEY**
                                   **U.S. DISTRICT JUDGE**

**_____**     **DURING TRIAL**

**  X  **     **DELIBERATING**

**_____**     **SEQUESTERED**

**_____**     **OTHER**

                                 **A TRUE COPY ATTEST**
                                 **DATED: OCTOBER 23, 2006**
                                 **ROBERT C. HEINEMANN, CLERK**
                                 **BY: PATRICIA BEST,**