**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REYNA ROJAS and EDUARDO ROJAS, on       JUDGMENT IN A CIVIL CASE
behalf of themselves and on behalf of their minor   CV-02-3623 (DRH)
children, CARLOS ROJAS and DULCE ROJAS,
and LONG ISLAND HOUSING SERVICES, INC.

        V.

VICTORIA THEOBALD, JASON THEOBALD,
and GREGORY SCHKODA
-------------------------------------------------------------X

  X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on October 23, 2006.

     The Court having dismissed plaintiff, LONG ISLAND HOUSING SERVICES; having dismissed the 2nd, 3rd, 5th, 6th, 7th, 9th, 11th, 12th, and 13th causes of action in the complaint; the jury having returned a verdict in favor of all defendants on the 1st and 4th causes of action; against defendant, VICTORIA THEOBALD, on the 8th cause of action, and against defendant, VICTORIA THEOBALD, on the 10th cause of action; the Court having denied the motion by defendant, VICTORIA THEOBALD, for judgment as a matter of law; the Court having denied the motion by plaintiffs, REYNA ROJAS AND EDUARDO ROJAS, on behalf of themselves and their minor children, CARLOS ROJAS and DULCE ROJAS for judgment as a matter of law; and the Court having denied the motion for sanctions and counsel fees by defendant, GREGORY SCHKODA;

     IT IS HEREBY ORDERED AND ADJUDGED that the 1st and 4th causes of action are dismissed. On the 8th cause of action, the plaintiff, REYNA ROJAS, shall take from defendant, VICTORIA THEOBALD, the amount of $1000.00 in compensatory damages; the plaintiff EDUARDO ROJAS shall take from defendant, VICTORIA THEOBALD, the amount of $500.00 in compensatory damages; the plaintiffs, Reyna Rojas and Eduardo Rojas on behalf of their minor child, CARLOS ROJAS, shall take from defendant, VICTORIA THEOBALD, the amount of $250.00 in compensatory damages; the plaintiffs Reyna Rojas and Eduardo Rojas on behalf of their minor child, DULCE ROJAS, shall take from defendant, VICTORIA THEOBALD, the amount of $250.00 in compensatory damages; and plaintiff, REYNA ROJAS, shall take from defendant, VICTORIA THEOBALD, the amount of $100.00 in punitive damages on the 10th cause of action.

The complaint is dismissed as to defendants JASON THEOBALD and GREGORY SCHKODA.

The case is dismissed with prejudice and the Clerk is directed to close this case.


Dated: AUGUST 28, 2007                    ROBERT C. HEINEMANN
       Central Islip, New York            CLERK OF THE COURT
                                       By: PATRICIA BEST
                                            Deputy Clerk